**MANDATE**

SDNY/NYNY
02-CV-666
RAKOFF

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of November, two thousand seven,

Before:    Hon. Ralph K. Winter,
           Hon. Guido Calabresi,
           Hon. Sonia Sotomayor,
                        *Circuit Judges.*

Docket No. 06-1222-cv

FILED NOV 21 2007

---

MOTOROLA CREDIT CORPORATION,
           Plaintiff-Counter-Defendant-Appellee,

NOKIA CORPORATION,
           Plaintiff-Counter-Defendant,
    v.

KEMAL UZAN, CEM CENGIZ UZAN, MURAT HAKAN UZAN, MELAHUT UZAN, AYSEGUL AKAY and and ANTONIO LUNA BETACOURT,
           Defendants-Appellants,

CEM CENGIZ UZAN and MURAT HAKAN UZAN,
           Defendants-Counter-Claimants-Appellants,

UNIKOM ILETISM HIZMETLERI PAZARLAMA A.S., STANDART PAZARLAMA A.S. and STANDART TELEKOMUNIKASYON BILGISAYAR HIZMETLERI A.S.,
           Defendants,

CREDIT LYONNAIS, UBS AG and BRUCE G. HOWELL, ABN AMRO BANK N.V.,
           Movants,

MOTOROLA INC., KROLL ASSOCIATES, INC., CHRISTOPHER B. GALVIN, KEITH J. BANE, WALTER KEATING, ED HUGHES and ERNST KRAMER,
           Counter-Defendants.

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

ON CONSIDERATION WHEREOF, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and hereby is AFFIRMED in accordance with the opinion of this court.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by Joy Fallek
Joy Fallek
Administrative Attorney

CERTIFIED: 2/23/08