USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
U.S. COURTHOUSE
500 PEARL STREET, NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK

## SEALED RECORDS RETRIEVAL

July 11, 2011

To Whom it May Concern,

Enclosed you will find the standing order and amendment to standing order of this Court, signed by Chief Judge Michael B. Mukasey, U.S.D.J., concerning materials filed under seal in civil cases.

As you will note from the order,

> Sealed records which have been filed with the clerk shall be removed by the party submitting them (1) within ninety (90) days after a final decision is rendered if no appeal is taken, or (2) if an appeal is taken, within thirty (30) days after final disposition of the appeal. Parties failing to comply with this order shall be notified by the clerk that, should they fail to remove the sealed records within thirty (30) days, the clerk may dispose of them.

Amendment

> Upon the closing of a case in which sealed records have been filed with the clerk, whether filed before or after October 5, 2001, such records shall be subject to the terms of the standing order entered on October 5, 2001 with respect to sealed records, and the clerk shall notify the parties that should they fail to remove sealed records within thirty days the clerk may dispose of them.

This Court is holding materials filed under seal in the case listed below. Please retrieve these materials within thirty (30) days of the above date or the Court will dispose of them. The person sent to retrieve the materials should bring this letter and proof of identification, such as a letter on firm stationary.

If you have any questions about this matter, please do not hesitate to call me at (212) 805-0705. Thank you for your prompt attention to this matter.

Sincerely,

Mary Salcedo
Sealed Records Clerk

----------For Office Use Only----------

Name of Case / Docket Number: **02-cv-666 (JSR)** In Re: Motorola Credit Corp and Nokia Corp vs Keman Uzan et al

Sealed Record Number(s):   283

Law Firm Retrieving Records : Holland & Knight LLP

Person Retrieving Records:   JEROME WILLS (PRINT NAME)   Jerome Wills (SIGNATURE)   8-1-11 (DATE)

No party having retrieved this material within 30 days of the above date, this sealed record was destroyed on: _____.
Clerk's Initials: _____