UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MOTOROLA CREDIT CORP., *et al.*,

        *Plaintiffs*,

    v.

KEMAL UZAN, MURAT HAKAN UZAN,
CEM CENGIZ UZAN, MELAHAT UZAN,
AYSEGUL AKAY, ANTONIO LUNA
BETANCOURT, AND LIBANANCO
HOLDINGS CO. LIMITED,

        *Defendants*.

------------------------------------x

No. 02 Civ. 0666 (JSR)

**ORDER**

JED S. RAKOFF, U.S.D.J.

    On August 12, 2013, the Court issued a Memorandum Order under seal, denying the motion to compel compliance with the subpoena served by Motorola Solutions Credit Co. LLC f/k/a Motorola Credit Corp. ("MCC") on non-party Standard Chartered Bank ("Standard Chartered"). Standard Chartered has requested the unsealing of that Memorandum Order, and the Court finds that it contains no information prejudicial to Motorola's judgment-collection efforts against the judgment-debtors in this case. Now therefore, for good cause shown, it is hereby

    ORDERED, that the Court's Memorandum Order of August 12, 2013 is hereby unsealed; and it is further

    ORDERED, that the Clerk of the Court shall enter this Order and the August 12, 2013 Memorandum Order on the public docket of this case; and it is further

-2-

ORDERED, that all other documents maintained by the Clerk under seal shall continue to be maintained under seal.

SO ORDERED.

Dated: New York, New York
      October 23, 2013

_____
JED S. RAKOFF, U.S.D.J.