```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MOTOROLA CREDIT CORPORATION,            :
                                        :
            Plaintiff,                  :      02 Civ. 0666 (JSR)
                                        :
            -v-                         :      ORDER UNDER SEAL
                                        :
KEMAL UZAN, et al.,                     :
                                        :
            Defendants.                 :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    The Clerk of Courts is hereby directed to re-seal documents number 967 and 968, originally sealed in envelope 947, and remove them from the ECF docket forthwith.

    SO ORDERED.

                                              _____
                                              JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 2, 2014