UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA CREDIT CORP., et al.<br><br>           Plaintiff,<br><br>    -v-<br><br>KEMAL UZAN, et al.,<br><br>           Defendants. | Civil Action No. 02-cv-0666 (JSR)(FM)<br><br>**DECLARATION OF RYAN M. WILSON** |

       I, Ryan M. Wilson, declare under penalty of perjury that the following is true and correct:

       1.    I am Counsel to Lowenstein Sandler LLP and represent Intervener Sinan Uzan ("Sinan") in the above-captioned action. Sinan has not attached to this motion any exhibits cited to from the May 29 and 30, 2014 evidentiary hearing (or that were otherwise provided to the Court under seal), as such exhibits were introduced into evidence, unredacted, at the evidentiary hearing, and attaching the cited exhibits to this motion, filed on the public docket, would require Sinan to redact from the documents information pertinent to the instant motion. However, should the Court determine that it would be helpful for Sinan to submit under seal the exhibits referenced in this motion, he is happy to do so.

                                                                             Ryan M. Wilson

Executed on February 18, 2015