**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOTOROLA CREDIT CORPORATION and NOKIA CORPORATION, <br><br> Plaintiffs and Judgment-Creditors, <br><br> v. <br><br> KEMAL UZAN, et al., <br><br> Defendants and Judgment-Debtors. | 02 Civ. 0666 (JSR) (FM) |

### DECLARATION OF GEORGE R. CALHOUN, V

I, George R. Calhoun, V, hereby declare as follows:

1. I am a Special Counsel with Fried, Frank, Harris, Shriver & Jacobson LLP and represent Plaintiff Motorola Solutions Credit Company LLC f/k/a Motorola Credit Corporation ("Motorola") in the above-captioned action. I am providing this Declaration in support of Motorola's Memorandum of Law in Opposition to Sinan Kemal Uzan's Motion to Vacate Order Extending Restraints. I am making this Declaration based on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a May 19, 2014 letter concerning the May 29, 2014 evidentiary hearing that this Court sent by email to counsel for Motorola and Mr. Uzan.

3. Attached hereto as Exhibit 2 is a true and correct copy of Motorola's Proposed Findings of Fact and Conclusions of Law with Respect to Intervener Sinan Kemal Uzan, which Motorola filed on July 8, 2014. [Dkt. No. 1021.]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2015

_____
George R. Calhoun, V
george.calhoun@friedfrank.com