UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA CREDIT CORPORATION and NOKIA CORPORATION,<br><br>　　　Plaintiffs and Judgment-Creditors,<br><br>v.<br><br>KEMAL UZAN, et al.,<br><br>　　　Defendants and Judgment-Debtors. | 02 Civ. 0666 (JSR)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT TO RENEW JUDGMENT** |

Jed. S. Rakoff, U.S.D.J.

　　On April 14, 2023, Plaintiff and judgment creditor Motorola Solutions Credit Company LLC f/k/a Motorola Credit Corporation ("Motorola") filed a Motion for Summary Judgment to Renew Judgment seeking to renew the judgment of this Court dated July 31, 2003, and as amended June 13, 2006 (the "Judgment"), against defendants and judgment debtors Kemal Uzan, Murat Hakan Uzan, Cem Cengiz Uzan, Melahat Uzan, and Antonio Luna Betancourt (collectively, the "Judgment Debtors");

　　The undisputed facts show good cause for renewal of the Judgment because (a) the Defendants are the judgment debtors under the original Judgment, (b) ten years have elapsed since the first docketing of the Judgment, and (c) Motorola has provided an accounting of its collections and the Judgment has not been satisfied; and

　　Motorola has voluntarily applied its collections to the compensatory damages portion of the Judgment.

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That the Motion is Granted and Motorola's Judgment is renewed.

That Summary Judgment is granted to Motorola and entered as follows; (a) Judgment Debtors are liable to Motorola, jointly and severally, in the amount of $1,341,274,395.53 (in compensatory damages) as of July 31, 2023, and (b) Judgment Debtors are liable to Motorola, jointly and severally, in the amount of $2,250,028,255.12 (in punitive damages), and (c) interest on the Renewed Judgment shall run at the statutory rate in effect as of the date of this Order.

Dated: June 28 2023

_____
Jed Rakoff, Judge, United States District Court