UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MOTOROLA CREDIT CORPORATION and      :
NOKIA CORPORATION,                   :
                                     :
            Plaintiffs,              :        02-cv-666 (JSR)
                                     :
      v.                             :        ORDER
                                     :
KEMAL UZAN, et al.,                  :
                                     :
            Defendants.              :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

On May 14, 2026, the Court received a motion for summary judgment from plaintiff Motorola Credit Corporation to renew the judgment against defendants. See ECF No. 1106. Without conceding the merits of that motion, defendant Murat Uzan contests whether he was properly served. Upon consideration of the parties' arguments, the Court finds that service was proper. However, the Court grants Uzan until June 17, 2026, to respond to the substance of Motorola's motion, if he chooses.

Motorola is directed to send a copy of this Order to Uzan by email and by FedEx, along with another copy of the underlying motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
          June 3, 2026                JED S. RAKOFF, U.S.D.J.