UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MOTOROLA CREDIT CORPORATION and    :
NOKIA CORPORATION,
                                   :
            Plaintiffs,            :        02-cv-666 (JSR)
                                   :
      v.                           :            ORDER
                                   :
KEMAL UZAN, et al.,                :
                                   :
            Defendants.            :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

     Mr. Uzan has filed a notice of appeal from the Court's May 18, 2026, Order authorizing alternative service and from the Court's June 3, 2026, Order extending Mr. Uzan's deadline to respond to Motorola Credit Corporation's motion to renew the judgment. See ECF No. 1118. Mr. Uzan has also filed with this Court a motion to stay the case pending his appeal. See ECF No. 1119.

     The Court sees no reason to stay the case pending appeal. Although the filing of a notice of appeal normally deprives the district court of jurisdiction as to any matters involved in the appeal, "the filing of a notice of appeal from a non-appealable order . . . does not deprive [the district court] of the power to proceed." Leonhard v. United States, 633 F.2d 599, 610 (2d Cir. 1980). Neither of this Court's orders from which Mr. Uzan has appealed are appealable orders. See Bridgeport Guardians, Inc. v. Delmonte, 537 F.3d 214, 221 (2d Cir. 2008) (a final decision

appealable under 28 U.S.C. § 1291 is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment" (citation omitted)); see also, e.g., United States Sec. & Exch. Comm'n v. MCC Int'l Corp., No. 23-11139, 2024 WL 180636, at *1 (11th Cir. Jan. 17, 2024) (an alternative service order is not appealable under the collateral order doctrine).

Accordingly, the motion to stay is denied.

SO ORDERED.

Dated:    New York, New York
          June 15, 2026                    _____
                                           JED S. RAKOFF, U.S.D.J.