UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTOROLA CREDIT CORPORATION and NOKIA CORPORATION,

Plaintiffs,

-v-

KEMAL UZAN, et al.,

Defendants.

02-cv-666 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The Clerk of Court is directed to enter renewed judgment consistent with this court's June 28, 2023 Order Granting Motion for Summary Judgment to Renew Judgment, which supersedes any prior judgment in this case. See ECF No. 1104. Interest is to be calculated from July 31, 2023 at the statutory rate in effect as of June 28, 2023.

SO ORDERED.

Dated: New York, New York
September 15, 2026

JED S. RAKOFF, U.S.D.J.