UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTOROLA CREDIT CORPORATION and NOKIA CORPORATION,

Plaintiffs,

-v-

KEMAL UZAN, et al.,

Defendants.

02-cv-666 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The Clerk of Court is directed to enter renewed judgment consistent with this court's June 28, 2023 Order Granting Motion for Summary Judgment to Renew Judgment, as follows: (a) Judgment Debtors are liable to Motorola, jointly and severally, in the amount of $1,387,895.62 (in compensatory damages) as of September 21, 2026; (b) Judgment Debtors are liable to Motorola, jointly and severally, in the amount of $2,707,919,882.76 (in punitive damages) as of September 21, 2026; and (c) interest on the Renewed Judgment shall run at the federal rate in effect as of the date of this Order.

SO ORDERED.

Dated: New York, New York
September 30, 2026

JED S. RAKOFF, U.S.D.J.