**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MOTOROLA CREDIT CORPORATION and
NOKIA CORPORATION,

Plaintiffs,

-against-

02 **CIVIL** 666 (JSR)

**RENEWED JUDGMENT**

KEMAL UZAN, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 1, 2026, judgment is entered consistent with this court's June 28, 2023 Order Granting Motion for Summary Judgment to Renew Judgment, as follows: (a) Judgment Debtors are liable to Motorola, jointly and severally, in the amount of $1,387,895.62 (in compensatory damages) as of September 21, 2026; (b) Judgment Debtors are liable to Motorola, jointly and severally, in the amount of $2,707,919,882.76 (in punitive damages) as of September 21, 2026; and (c) interest on the Renewed Judgment shall run at the federal rate in effect as of the date of the Order.

**Dated:** New York, New York

October 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**